# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HEDGE FUND SOLUTIONS, LLC,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | No. 12-5481 |
| v. | : | |
| | : | |
| **NEW FRONTIER MEDIA, INC.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of February, 2014, upon consideration of Defendant's "Motion to Dismiss" (Doc No. 3), and Plaintiff's response, it is hereby **ORDERED** that Defendant's motion is **GRANTED**. This action is **DISMISSED** without prejudice to Plaintiff's ability to refile in a court of proper jurisdiction.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**